OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
5/21/2015 **PRIVATE USE**

QUINTANA, MANUEL   Tr. Ct. No. 990D01601-384-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

WR-83,346-02

02 1R
0002003152      JUN 02 2015
MAILED FROM ZIP CODE 78701

$ 00.27⁵

PITNEY BOWES

Abel Acosta, Clerk

BW-DD TT

MANUEL QUINTANA
TDC # 1158001

El Paso Co. Jail
P.O Box 125
El Paso, TX 79941

U T F